**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **SYLVIA PARK,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO.** <u>2:25-cv-00224</u> |
| | § | |
| **HYSTER YALE MATERIALS** | § | |
| **HANDLING, INC.; MEDLEY MATERIAL** | § | |
| **HANDLING, INC.; AMAZON.COM** | § | |
| **SERVICES, LLC.** | § | |
| | § | |
| *Defendants.* | § | |

<u>**INDEX OF STATE COURT DOCUMENTS**</u>

Pursuant to 28 U.S.C. § 1446(a) and LR81, Hyster-Yale Materials Handling, Inc attaches

the following documents as **Exhibit A**:

| Item | Description | Filing Date |
|---|---|---|
| A-1 | Plaintiff's Original Petition | September 17, 2025 |
| A-2 | Request for Issuance- Amazon.com Services | September 17, 2025 |
| A-3 | Request for Issuance- Medley Material Handling, Inc | September 17, 2025 |
| A-4 | Request for Issuance- Hyster-Yale Materials Handling, Inc. | September 17, 2025 |
| A-5 | Issued Citation-Amazon.com Services | September 18, 2025 |
| A-6 | Issued Citation- Medley Material Handling, Inc | September 18, 2025 |
| A-7 | Issued Citation- Hyster-Yale Materials Handling, Inc. | September 18, 2025 |
| A-8 | Served- Hyster-Yale Materials Handling, Inc. | September 19, 2025 |
| A-9 | Served- Amazon.com Services | September 23, 2025 |
| A-10 | Served- Medley Material Handling, Inc | September 23, 2025 |



Dated: October 9, 2025.

Respectfully Submitted,

/s/ Marvin W. Jones

Sprouse Shrader Smith, PLLC
Marvin W. Jones, SBN 10929100
C. Brantley Jones, SBN 24079808
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 Fax
marty.jones@sprouselaw.com
brantley.jones@sprouselaw.com

***Attorneys for Hyster-Yale Materials Handling, Inc.***

## CERTIFICATE OF SERVICE

The undersigned certifies that, on October 9, 2025, a true and correct copy of the foregoing document was served via the court's electronic filing system on the following:

ARNOL & ITKIN LLP
Kurt Arnold; karnold@arnolditkin.com
Roland T. Christensen; rchristensen@arnolditkin.com
Alec Paradowski; aparadowski@arnolditkin.com
James R. Long; jlong@arnolditkin.com
Daniel Moreno; dmoreno@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77007

***Attorneys for Plaintiff***

/s/ Marvin W. Jones
Marvin W. Jones